GEORGE ARAB, Respondent, *v.* BUSH LUMBER AND SUPPLY COMPANY, Appellant.

Argued March 11, 1937; decided March 25, 1937.

*Jay Leo Rothschild, Arthur S. Jarcho* and *Henry L. Ughetta* for appellant.

*William A. Blank, Bernard Meyerson* and *Sidney Gondelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.